## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02543-RPM-KLM

BRENDA BROOKS,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

    Defendant.

---

## STIPULATED MOTION TO AMEND JUDGMENT AGAINST DEFENDANT TO ADD ATTORNEY'S FEES

---

COMES NOW the Plaintiff and the Defendant by and through their undersigned counsel of record and hereby file this Stipulated Motion to Amend Judgment against Defendant to Add Attorney's Fees. In support of this Motion the parties submit that good cause exists for the Court to grant this motion and state as follows:

1. The Plaintiff brought claims against the Defendant pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*.

2. On February 1, 2010, the Plaintiff accepted a Fed.R.Civ.P. 68 Offer of Judgment from the Defendant in the amount of "$3,000.00, plus reasonable attorney's fees accrued through the date of this Offer of Judgment."

3. The Plaintiff filed the Offer of Judgment and the Plaintiff's Notice of Acceptance of the Offer of Judgment with the Court on February 1, 2010. (Court Docket Entry # 17).

4. On February 2, 2010, the Court entered Judgment against the Defendant and in favor of the Plaintiff in the amount of $3,000.00 plus reasonable attorney's fees accrued through the date of this Offer of Judgment. (Court Docket Entry # 18).

5. In accordance with the Defendant's Fed.R.Civ.P. 68 Offer of Judgment the Plaintiff and the Defendant have stipulated and agreed that the Plaintiff's reasonable attorney's fees are $4,500.00 consisting of 18 hours at $250.00 per hour and that Judgment for the Plaintiff and against the Defendant shall be amended to add $4,500.00 to the Judgment for the Plaintiff's reasonable attorney's fees.

6. The Plaintiff and the Defendant stipulate that the Judgment entered on 2/2/2010 shall be amended to add $4,500.00 in reasonable attorney's fees to the Judgment in accordance with the Fed.R.Civ.P. 68 Offer of Judgment served by the Defendant and accepted by the Plaintiff so that an Amended Judgment is entered by the Court in the amount of $7,500.00 consisting of the current Judgment of $3,000.00 plus reasonable attorney's fees in the amount of $4,500.00.

**WHEREFORE** for good cause shown the Plaintiff and Defendant request that the Court enter an Order that Plaintiff is awarded reasonable attorney's fees in the amount of $4,500.00, that reasonable attorney's fees in the amount of $4,500.00 be added to the current Judgment of $3,000.00 and that the Clerk of the Court is directed to enter an Amended Judgment in favor of the Plaintiff and against the Defendant in the amount of **$7,500.00** plus post-judgment interest.

RESPECTFULLY submitted this 10th day of February, 2010.

s/ David M. Larson                                    s/ Laura A. Hass

_____   _____
David M. Larson, Esq.                              Laura A. Hass, Esq.
405 S. Cascade Ave., Suite 305             Treece Alfrey Musat & Bosworth, OC
Colorado Springs, Colorado 80903       999 18th St., Suite 1600
Telephone: (719) 473-0006                    Denver, CO 80202
Attorney for the Plaintiff                          Telephone: (303) 292-2700

Attorney(s) for the Defendant