**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02543-RPM-KLM

BRENDA BROOKS,

      Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

      Defendant.

_____

## ORDER TO AMEND JUDGMENT
_____

      Upon consideration of the Stipulated Motion to Amend Judgment against Defendant to Add Attorney Fees [19], it is

      ORDERED that the motion is granted and the Clerk of the Court is directed to enter Judgment for the Plaintiff, Brenda Brooks, and against the Defendant, Academy Collection Service, Inc., in the amount of $7,500.00, plus post-judgment interest.

      Dated this 12th day of February, 2010.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge